IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 17 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

| | |
|---|---|
| VERNON T., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 7:17cv00096 |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) Chief United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, the court **REJECTS** the magistrate judge's report and recommendation (ECF No. 14), **SUSTAINS** plaintiff's objection (ECF No. 15), **GRANTS in part** plaintiff's motion for summary judgment (ECF No. 10), **DENIES** defendant's motion for summary judgment (ECF No. 12), and **REMANDS** this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

Entered: 09/17/2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge